*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 15-BG-1241**

IN RE:  ROSEMARY FOSTER,
                              Respondent.
**Bar Registration No. 207332**

BEFORE:   McLeese, Associate Judge, and Reid and Ruiz, Senior Judges.

**ORDER**
(FILED - April 7, 2016)

On consideration of the certified order suspending respondent from the practice of law in the state of  Oregon for a period of thirty days, this court's December 23, 2015, order suspending respondent pending further action of the court and directing her to show cause why she should not be suspended for a period of thirty days as reciprocal discipline, the statement of Disciplinary Counsel regarding reciprocal discipline, the statement of respondent that she does not oppose the imposition of reciprocal discipline, and respondent's D.C. Bar R. XI, §14 (g) affidavit filed on January 25, 2016,  it is

ORDERED that Rosemary Foster is hereby suspended from the practice of law in the District of Columbia for a period of thirty days, *nunc pro tunc* to January 25, 2016.

**PER CURIAM**